IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, et al. | No. C 12-02089 WHA |
| Plaintiffs, | |
| v. | **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| JIMMY BUSTAMANTE, et al., | |
| Defendants. | |

The Court is in receipt of the report and recommendation by Magistrate Judge Maria-Elena James. No objections to this report and recommendation were filed. This order **ACCEPTS** and **ADOPTS** the findings therein. For failure to meet jurisdictional requirements, this action shall be remanded to Placer County Superior Court.

**IT IS SO ORDERED.**

Dated: June 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE