IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, et al().

    Plaintiffs,

  v.

JIMMY BUSTAMANTE, et al.,

    Defendants.
                     /

No. C 12-02089 WHA

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

      The Court is in receipt of the report and recommendation by Magistrate Judge Maria-Elena James. No objections to this report and recommendation were filed. This order **ACCEPTS** and **ADOPTS** the findings therein. For failure to meet jurisdictional requirements, this action shall be remanded to Placer County Superior Court.

      **IT IS SO ORDERED.**

Dated: June 11, 2012.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE